**Glenn Aquino MURILLO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 03–71701.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 11, 2005.

Submission Deferred Aug. 25, 2005.

Resubmitted March 20, 2007.

Filed April 2, 2007.

Jon Eric Garde, Esq., Law Offices of Jon Eric Garde, Las Vegas, NV, for Petitioner.

NVL–District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Securi-

ty, San Francisco, CA, James E. Grimes, Esq., Mary Jane Candaux, Esq., Arthur L. Rabin, Esq., Jennifer L. Lightbody, Esq., Deborah N. Misir, Esq., Ari Nazarov, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: PREGERSON, KLEINFELD, and HAWKINS, Circuit Judges.

ORDER *

Petitioner's unopposed motion to order the Board of Immigration Appeals to terminate exclusion proceedings and to vacate petitioner's exclusion order, and to subsequently dismiss this petition for review is GRANTED.

DISMISSED.

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.